NEW JERSEY MISCELLANEOUS REPORTS. 943

Supreme Court—Roman Catholic, &c., Newark, v. State Highway Com.

ROMAN CATHOLIC DIOCESE OF NEWARK, PROSECUTOR,
v. STATE HIGHWAY COMMISSION ET AL., RESPOND-
ENTS.

Decided October 18, 1927.

**Emident Domain—Certiorari to Review Act of Highway Commis-
sion—Application for Stay Pending Determination of Rights
—Property Part of a Cemetery—Held, That Plaintiff's Rights
will be Protected if Highway Commission be Permitted to
Proceed With Work of Filling in and Constructing Embank-
ment, but That Other Work Should be Stayed.**

On *certiorari*.

Before Justices PARKER, MINTURN and CAMPBELL.

For the prosecutor, *John Milton*.

For the respondents, *Mark Sullivan*.

MEMORANDUM.

The land of the prosecutor is a cemetery, and the highway
commission is in possession of, and seeks to condemn for
highway purposes a strip one hundred feet wide and one
thousand two hundred and eighty feet long, about three hun-
dred feet east of the center line of the whole tract, and is at
this time filling in and constructing an embankment on such
strip upon which it is proposed to construct the highway.

The writ of *certiorari* was allowed without a stay, and
application is now made to this court for a stay pending
the determination of the proceedings under such writ. We
think the rights of the prosecutor will be fully protected if
the respondent highway commission is permitted to proceed
with its work of filling in and constructing the embankment
upon which the roadway is proposed to be constructed, but
that all other and further work and construction be stayed
until the further order of the court.

An order for a stay, so limited, may be taken and entered.